AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Kevin Iman McCormick<br>*Defendant(s)* | Case No. 3:19MJ 1496 (SALM)<br><br>OCT 21 2019 PM3:26<br>FILED-USDC-CT-NEW_HAVEN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2019 to present** in the county of **New Haven and elsewhere** in the District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

This criminal complaint is based on these facts:
See attached Affidavit of Samuel Wharton, Special Agent, Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

*Complainant's signature*

Samuel Wharton, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/21/2019

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A. L. Merriam U.S. Magistrate Judge
*Printed name and title*