Criminal Std (6/13/2012)

HONORABLE: **Sarah A. L. Merriam**
DEPUTY CLERK: **A. Caffrey**
RPTR/ECRO/TAPE: **FTR - CR4**
USPO: **Lauren Harte**
INTERPRETER: _____

TOTAL TIME: ___ hours **22** minutes
DATE: **10/21/2019**   START TIME: **1:12PM**   END TIME: **1:34PM**

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [x] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG

CRIMINAL NO. **3:19-mj-01496(SALM)**   DEFT # ____

**Peter S. Jongbloed**
AUSA

**UNITED STATES OF AMERICA**
vs
**Kevin Iman McCormick**

**Allison Murray Near**
Counsel for Defendant   Ret [ ]   CJA [ ]   PDA [x]

---

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] ...... [x] Arrest Date (CT Case): **10/21/2019**   [ ] Case unsealed or [ ] Rule 5 arrest, ____ Dist of ____
- [ ] ...... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [x] ...... Court appoints Attorney **Allison Murray Near** to represent defendant for [ ] this proceeding only [x] all proceedings
- [ ] ...... Appearance of _____ filed
- [x] ...... [x] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ...... Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- [ ] ...... Petition to Enter Guilty Plea filed
- [ ] ...... Defendant motions due ____ ; Government responses due ____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for ____ at ____
- [ ] ...... Jury Selection set for ____ at ____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for ____ at ____ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $____ on count(s) ____. Total $____ [ ] Due immediately [ ] Pay at sentencing
- [x] ...... Govt's Motion for Pretrial Detention filed [x] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of ____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $____ [ ] reduced to $____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [x] ...... Defendant detained
- [x] ...... Prob. Cause Hearing [ ] waived [x] set for **11/4/2019 at 11:00AM**   [ ] continued until ____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [ ] conditions of bond [x] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Govt's oral motion to seal Affidavit ☒ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Affidavit shall remain under seal until Dec. 20, 2019, and any follow-up motion to continue sealing or file a redacted affidavit shall be filed by December 13, 2019 ☐ filed ☐ granted ☐ denied ☐ advisement
☒ ..... Bond Hearing scheduled for Friday, October 25, 2019 at 11:00AM ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: