UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-19-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR263(KAD) |
| v. | VIOLATION:<br>18 U.S.C. § 2339B(a)(1)<br>(Providing material support and resources to designated foreign terrorist organization) |
| KEVIN IMAN MCCORMICK | |

## INDICTMENT

The Grand jury charges:

### COUNT ONE
(Providing material support and resources
to designated foreign terrorist organization)

1. From a time unknown to the Grand Jury to on or about October 21, 2019, in the District of Connecticut and elsewhere, the defendant KEVIN IMAN MCCORMICK knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely himself, to the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization, and knowing that ISIS had engaged in, and was engaging in, terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B(a)(1).

### FORFEITURE ALLEGATION

2. Upon conviction of the offense charged in Count One of this Indictment, the defendant KEVIN IMAN MCCORMICK shall, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 981(a)(1)(G)(i)-(iv), and 28 U.S.C. § 2461(c), forfeit to the United States:

a. All of his assets, foreign or domestic (18 U.S.C. §§ 981(a)(1)(G)(i) and (iv) and 28 U.S.C. § 2461(c));

b. All assets acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing the offense charged in Count One of this Indictment (18 U.S.C. § 981(a)(1)(G)(ii) and 28 U.S.C. § 2461(c));

c. All assets derived from, involved in, or used or intended to be used to commit the offense charged in Count One of the Indictment (18 U.S.C. § 981(a)(1)(G)(iii) and 28 U.S.C. § 2461(c)); and

d. Any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One of the Indictment (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)).

Such assets include, but are not limited to: (1) a black in color, Motorola brand, cell phone; (2) a white in color, Nokia brand, cell phone; (3) ½ of a broken "Simmons" binocular; and (4) $488.27 in U.S. currency.

A TRUE BILL

/s/
_____
FOREPERSON

JOHN H. DURHAM
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY

JUSTIN SHER
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE