# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        v.                     **APPEARANCE**

KEVIN McCORMICK             CASE NO.:    3:19CR263(KAD)

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

**KEVIN McCORMICK**

| | |
|---|---|
| *Date: November 5, 2019* | */s/ Charles Willson*<br>*Signature* |
| *Bar No.:* 24129 | Charles Willson<br>*Print Name* |
| | *OFFICE OF THE FEDERAL DEFENDER*<br>*Firm Name* |
| | *10 Columbus Blvd, FL 6*<br>*Address* |
| | *Hartford,    CT    0606*<br>*City    State    Zip Code* |
| | *(860) 493 6260*<br>*Phone Number* |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 5, 2019, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        */s/ Charles Willson*
                        Charles Willson