AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

NOV 6 2019 PM 2:35
FILED USDC-CT-NEW HAVEN

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Black Motorola cell phone with IMEI# 359526091140005 belonging to Kevin Iman McCormick

) ) ) ) ) )

Case No. 3:19-mj-1490 (SALM)  CR 263 (KAD)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Black Motorola cell phone with IMEI# 359526091140005 beloging to Kevin Iman McCormick, located at the FBI's New Haven, Connecticut, field office, as described in Attachment A, which is expressly incorporated herein.

located in the _____ District of Connecticut, there is now concealed *(identify the person or describe the property to be seized)*: SW

Evidence, fruits and instrumentalities of a crime as described ~~in the Affidavit and~~ in Attachment B, which is expressly incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Samuel Wharton, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/06/2019

City and state: New Haven, Connecticut

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*