AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Connecticut

NOV 6 2019 PM 3:16
FILED U.S.D.C. CT NEW HAVEN

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   3:19-mj-1406 (SALM)   cr 263 (KAD) |
| Information associated with the email account konk10101@hotmail.com, which is stored at the premises controlled by Microsoft Corporation | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Information associated with the email account konk10101@hotmail.com, which is stored at the premises controlled by Microsoft Corporation as described in Attachment A, which is expressly incorporated herein.

located in the _____ District of _____Connecticut_____ , there is now concealed *(identify the person or describe the property to be seized):*
Evidence, fruits and instrumentalities of a crime as described ~~in the Affidavit and~~ in Attachment B, which is expressly incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Samuel Wharton, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/06/2019_____

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state:  New Haven, Connecticut

Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*