AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with the email account<br>konk10101@hotmail.com, which is stored at the<br>premises controlled by Microsoft Corporation | )<br>)<br>)  Case No.  3:19-mj-1496 (SALM)  CR263(KAD)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Connecticut____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with the email account konk10101@hotmail.com, which is stored at the premises controlled by Microsoft Corporation as described in Attachment A, which is expressly incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence, fruits and instrumentalities of a crime as described ~~in the Affidavit and~~ in Attachment B, which is expressly incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before     November 20, 2019     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Sarah A. L. Merriam
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  6 NOV 2019  12:14 pm            /s/ Sarah A. L. Merriam, USMJ
                                                                                 *Judge's signature*

City and state:   New Haven, Connecticut                 Hon. Sarah A. L. Merriam
                                                                               *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: cr-263 (KAD) ~~3:19-mj-1496 (SALM)~~ | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

This warrant applies to information associated with **konk10101@hotmail.com** that is stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, a company headquartered at 1 Microsoft Way, Redmond, Washington 98052.



## ATTACHMENT B
### Particular Things to be Seized

I. **Information to be disclosed by Microsoft Corporation (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted, but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account, or identifier, for the limited timeframe of ~~January 1, 2018~~ June 1, 2019 (SC) to the present, as listed in Attachment A:

1. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

2. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, any other registration information for the account, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

3. The types of service utilized, including Outlook, Hotmail, Bing, OneDrive (formerly called SkyDrive), and other cloud offerings, such as Office 365 and Azure;

4. Any cookies-related information concerning the account;

5. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

6. Bing search history;

7. Internet browser activity (including activity on Internet Explorer);

8. Location history from ~~January 1, 2018~~ June 1, 2019 through the present;

9. Microsoft change history and change information for the account;

10. Any purchase history and transactional records, including payment method(s) and related billing information;

11. Cellular device information, including IMEI/MEID, make and model, serial number, date and IP address of last access to Microsoft, and a list of all accounts that have ever been active on the device;

12. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

13. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

2

Pursuant to the warrant, Microsoft shall disclose responsive data by sending it to the Federal Bureau of Investigation, or making the data available to the Federal Bureau of Investigation via Microsoft's electronic portal within **14 days** of the issuance of this warrant.



**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of offenses involving an attempt to provide material support and resources to a foreign-terrorist organization, in violation of 18 U.S.C. § 2339B, involving the user of the account, and occurring from ~~January 1, 2018,~~ June 1, 2019 to the present, for each account or identifier listed on Attachment A, information referring, relating, or pertaining to the following:

   a. Any photographs, videos, or other information referring or relating to firearms, or any weapons;

   b. Any communications, or other information, referring or relating to firearms, or any weapons;

   c. Any information regarding any designated foreign-terrorist organization, including any information regarding the attempted provision of material support or resources to a foreign-terrorist organization;

   d. Any information (including private messaging) referring or relating to ISIS, or other terms associated with foreign-terrorist organizations;

   e. The identities of individuals engaged, or otherwise involved, in attempting to provide material support or resources to a foreign-terrorist organization,

   f. The identifying and contact information of individuals engaged, or otherwise involved, in attempting to provide material support or resources to a foreign-terrorist organization;

   g. The timing of communications among individuals engaged, or otherwise involved, in attempting to provide material support or resources to a foreign-terrorist organization;



4

h. The methods and techniques used in attempting to provide material support or resources to a foreign-terrorist organization;

i. Arrangements for travel and meetings;

j. The distribution of videos and photographs evidencing the work, accomplishments, or propaganda of a foreign-terrorist organization;

k. The recruitment of supporters and financial or other support for a foreign-terrorist organization;

l. Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the email account owner;

m. Information indicating the email-account owner's state of mind as it relates to the attempted provision of material support or resources to a foreign-terrorist organization;

n. The identity of the person(s) who created, used, or deleted the email account, including information that would help reveal the whereabouts of such person;

o. The identity of any person(s) who communicated with the email account about matters relating to foreign-terrorist organizations, and any records related to the whereabouts of such persons;

p. Records indicating that data has been deleted by the account owner, potentially to hide evidence of a crime; and

q. Account history (including Terms of Service and any complaints) and

5



billing records (including date, time, duration, and screen names used each time the accounts were activated).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.



## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Microsoft, Inc., and my official title is _____. I am a custodian of records for Microsoft, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Microsoft, Inc., and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Microsoft, Inc.; and

    c.    such records were made by Microsoft, Inc., as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date    Signature

1