AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Gateway laptop computer<br>S/N: LXWZG020041432371B1601 | Case No.   CR263 (KAO)<br>3:19-~~mj-1498 (SALM)~~ |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Connecticut _____
*(identify the person or describe the property to be searched and give its location)*:

Gateway laptop computer S/N: LXWZG020041432371B1601, which is located at the FBI's New Haven, Connecticut, field office, as described in Attachment A, which is expressly incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence, fruits and instrumentalities of a crime as described in ~~the Affidavit and~~ in Attachment B, which is expressly incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ November 20, 2019 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Sarah A. L. Merriam _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  6 Nov 2019  12:24pm       /s/ Sarah A. L. Merriam, USMJ
                                                          *Judge's signature*

City and state:     New Haven, Connecticut          Hon. Sarah A. L. Merriam
                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No. cr-263(KAD)  3:19-~~mj-1496~~ (SALM) | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

The property to be searched is a Gateway laptop computer with model number S/N: LXWZG020041432371B1601 (the "Target Computer"). The Target Computer is located at the FBI's field office in New Haven, Connecticut. The Target Computer also is depicted in the photographs below.

This warrant authorizes the forensic examination of the Target Computer for the purpose of identifying the electronically stored information described in Attachment B.





20



## ATTACHMENT B

1. All information on the Target Computer described in Attachment A where the information relates to violations of 18 U.S.C. § 2339B and refer, relate, and involve Kevin Iman McCormick, ~~including information from January 1, 2018, to the present~~.

    1. Email, text, and other messages, photos, videos, contacts and contact lists, addresses and address books, voicemail messages, dialed calls, incoming calls, received calls, outgoing calls, location data, calendar, applications and application data, settings;

    2. Any photographs, videos, or other information referring or relating to firearms, or any weapons;

    3. Any communications, or other information, referring or relating to firearms, or any weapons;

    4. Records and information relating to ISIS or other foreign terrorist organizations;

    5. Records and information relating to the attempted provision of material support or resources to ISIS, or other foreign terrorist organizations;

    6. Records and information relating to travel, including travel plans, itineraries, reservations, bookings, tickets, and the means and sources of payment for travel;

    7. Records and information relating to plans to commit a terrorist attack, or to fight with ISIS or other foreign terrorist organizations, including funding, materials needed, maps, disguises, aliases, weapons, or the other materials that may assist with such an attack;

1

8. Records and information relating to communications with others relating to ISIS or other foreign terrorist organizations, or potential terrorist attacks on the United States or in other countries;

9. Records and information relating to McCormick's use of YouTube, Facebook, WhatsApp, Hotmail, and other forms of social media, use of the internet, and communication methods, including private messaging;

10. Records and information relating to videos or other content created, publicly posted, or viewed by McCormick on the internet relating to ISIS or other foreign terrorist organizations;

11. The methods and techniques used in attempting to provide material support or resources to a foreign-terrorist organization;

12. Arrangements for travel and meetings;

13. The distribution of videos and photographs evidencing the work, accomplishments, or propaganda of a foreign-terrorist organization;

14. The recruitment of supporters and financial or other support for a foreign-terrorist organization;

15. Communication between McCormick and other individuals, including potential co-conspirators, accomplices, associates, and other individuals relating to ISIS or other foreign terrorist organizations, or attempting to provide material support or resources for such organizations;

16. Identifying information and contact information of potential co-conspirators, accomplices, associates, and other individuals engaged or otherwise involved in attempting to provide material support or resources to ISIS or other foreign



terrorist organizations;

17. Records and information indicating McCormick's state of mind as it relates to the attempted provision of material support or resources to ISIS or other foreign terrorist organizations;

18. records of Internet Protocol addresses used;

19. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

20. Evidence of user attribution showing who used or owned the Target Computer at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

3