AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

NOV 14 2019 PM 1:34
FILED-USDC-CT-NEW HAVEN

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Bedroom located in the basement of a property known as 161 Morse Street, Hamden, Connecticut

Case No. 3:19-cr-263 (KAD)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Bedroom located in the basement of a property known as 161 Morse Street, Hamden, Connecticut, as described in Attachment A, which is expressly incorporated herein.

located in the _____ District of ____Connecticut____, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence, fruits and instrumentalities of a crime as described in Attachment B, which is expressly incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Samuel Wharton, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/14/2019

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
**Property To Be Searched**

The Subject Premises (including closets located within the Subject Premises), which is the basement bedroom located at 161 Morse Street, Hamden, Connecticut—a stand-alone home with a white siding exterior, green trim, and a white, picket fence.

The home has solar panels on the roof and a mailbox in the front yard, near the front door and inside the white, picket fence. The numbers "161" are affixed to the mailbox. The home has hedges located on each side of the front door, and it has a driveway located to the right of the home, as viewed from the street.

1

## ATTACHMENT B
**Particular Things To Be Seized**

All records relating to violations of an 18 U.S.C. § 2339B (attempting to provide material support and resources to a foreign terrorist organization), those violations involving Kevin Imam McCormick, and occurring in or about January 2018 through in or about October 2019, including:

a. Records and information relating to ISIS, or other foreign terrorist organizations;

b. Records and information relating to any support of ISIS, or other foreign terrorist organizations;

c. Records and information relating to travel, including travel plans, itineraries, reservations, bookings, tickets, and the means and sources of payment for travel;

d. Records and information relating to plans to commit a terrorist attack, or to fight with ISIS, or with other foreign terrorist organizations, including funding, materials needed, maps, disguises, aliases, weapons, or the other materials that may assist with such an attack;

e. Records and information relating to communications with individuals concerning ISIS, other foreign terrorist organizations, or potential terrorist attacks on the United States, or in other countries;

f. Records and information relating to McCormick's use of social-media applications, the internet, or other forms of technology that involve foreign terrorist organizations; and

g. Records and information relating to videos or other content created, publicly posted, or viewed by McCormick on the internet relating to ISIS, or any other foreign terrorist organization.