AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the  
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Bedroom located in the basement of a property<br>known as 161 Morse Street, Hamden, Connecticut | )<br>)<br>) Case No.   3:19-cr-263 (KAD)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Connecticut _____  
*(identify the person or describe the property to be searched and give its location)*:

Bedroom located in the basement of a property known as 161 Morse Street, Hamden, Connecticut, as described in Attachment A, which is expressly incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence, fruits and instrumentalities of a crime as described in Attachment B, which is expressly incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ November 27, 2019 _____ *(not to exceed 14 days)*  
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Sarah A. L. Merriam _____.  
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  14 Nov 2019  1:28 pm              /s/ Sarah A. L. Merriam, USMJ  
                                                                                         *Judge's signature*

City and state:   New Haven, Connecticut                   Hon. Sarah A. L. Merriam  
                                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>3:19-cr-263 (KAD) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                       *Executing officer's signature*

                                                                       *Printed name and title*

## ATTACHMENT A
### Property To Be Searched

The Subject Premises (including closets located within the Subject Premises), which is the basement bedroom located at 161 Morse Street, Hamden, Connecticut—a stand-alone home with a white siding exterior, green trim, and a white, picket fence.

The home has solar panels on the roof and a mailbox in the front yard, near the front door and inside the white, picket fence. The numbers "161" are affixed to the mailbox. The home has hedges located on each side of the front door, and it has a driveway located to the right of the home, as viewed from the street.



1

## ATTACHMENT B
### Particular Things To Be Seized

All records relating to violations of an 18 U.S.C. § 2339B (attempting to provide material support and resources to a foreign terrorist organization), those violations involving Kevin Imam McCormick, and occurring in or about January 2018 through in or about October 2019, including:

a. Records and information relating to ISIS, or other foreign terrorist organizations;

b. Records and information relating to any support of ISIS, or other foreign terrorist organizations;

c. Records and information relating to travel, including travel plans, itineraries, reservations, bookings, tickets, and the means and sources of payment for travel;

d. Records and information relating to plans to commit a terrorist attack, or to fight with ISIS, or with other foreign terrorist organizations, including funding, materials needed, maps, disguises, aliases, weapons, or the other materials that may assist with such an attack;

e. Records and information relating to communications with individuals concerning ISIS, other foreign terrorist organizations, or potential terrorist attacks on the United States, or in other countries;

f. Records and information relating to McCormick's use of social-media applications, the internet, or other forms of technology that involve foreign terrorist organizations; and

g. Records and information relating to videos or other content created, publicly posted, or viewed by McCormick on the internet relating to ISIS, or any other foreign terrorist organization.



1