UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOV 14 2019 PM 1:35
FILED-USDC-CT-NEW.HAVEN

IN THE MATTER OF AN APPLICATION    NO. 3:19-cr-263 (KAD)
OF THE UNITED STATES FOR A
SEARCH WARRANT

**FILED UNDER SEAL**

### ORDER TO SEAL

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the enclosed Affidavit is SEALED until 21 Dec 2019. The Court finds that the sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the motion is granted because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

SO ORDERED, this 14th day of November, 2019, at New Haven, Connecticut.

/s/ Sarah A. L. Merriam, USMJ
HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE