AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: Cr 263 (KAD) 3:19-~~m~~ ~~(SALM)~~ | Date and time warrant executed: 11/6/2019  15:00 | Copy of warrant and inventory left with: N/A |
|---|---|---|
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SW

NOV 12 2019 PM 3:11
FILED-USDC-CT-NEW HAVEN

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/12/19

_Executing officer's signature_

Samuel D. Wharton, Special Agent, FBI
_Printed name and title_