AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 263 (KAD) 3:19-mj-1496 (SALM) | Date and time warrant executed: 11/8/2019, 16:00 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

NOV 12 2019 PM 3:11
FILED-USDC-CT-NEW HAVEN

*[page crossed out diagonally with notation "Su"]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/12/19

_____
Executing officer's signature

Samuel D. Wharton, Special Agent, FBI
Printed name and title