AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 263(KAD) 3:19-mj-~~1490 (SALM)~~ | Date and time warrant executed: 11/8/2019, 16:00 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SW

NOV 12 2019 PM 3:12
FILED-USDC-CT-NEW_HAVEN

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/12/2019

_Executing officer's signature_

Samuel D. Wharton, Special Agent FBI
_Printed name and title_