AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

DEC 4 2019 PM 2:42
FILED-USDC-CT-NEW HAVEN

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 3:19-cr-263 (KAD)
Information associated with the account )
Nutsack1919@gmail.com, which is stored at )
premises controlled by Google LLC )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Information associated with the account Nutsack1919@gmail.com, which is stored at premises controlled by Google LLC, as described in Attachment A, which is expressly incorporated herein.

located in the _____ District of _____Connecticut_____, there is now concealed *(identify the person or describe the property to be seized):*
Evidence, fruits and instrumentalities of a crime as described in Attachment B, which is expressly incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
  ☑ evidence of a crime;
  ☑ contraband, fruits of crime, or other items illegally possessed;
  ☑ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

The application is based on these facts:

  ☑ Continued on the attached sheet.
  ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Samuel Wharton, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/03/2019

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Hon Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*