AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No.   3:19-cr-263 (KAD)
)
Information associated with the account )
Nutsack1919@gmail.com, which is stored at )
premises controlled by Google LLC )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Connecticut_____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with the account Nutsack1919@gmail.com, which is stored at premises controlled by Google LLC, as described in Attachment A, which is expressly incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence, fruits and instrumentalities of a crime as described in Attachment B, which is expressly incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____December 17, 2019_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Sarah A. L. Merriam_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   3 Dec 2019  1:11 pm

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state:   New Haven, Connecticut

Hon. Sarah A. L. Merriam
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 3:19-cr-263 (KAD) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

This warrant applies to information associated with **nutsack1919@gmail.com**, which is stored at premises controlled by Google LLC, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

1

## ATTACHMENT B
### Particular Things to be Seized

I.     **Information to be disclosed by Google LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted, but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account, or identifier, for the limited timeframe of January 1, 2018, to the present, as listed in Attachment A:

1. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

2. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

3. The types of service used;

4. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

5. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

6. Subscriber registration information;

7. Sign-in IP addresses and associated time stamps;

8. Video upload IP addresses and associated time stamps;

9. Copies of private videos and associated video information, to include any deleted videos;

10. Private message contents and comments, to include any deleted messages or comments;

11. Public message contents and comments, to include any deleted messages or comments;

12. YouTube search history;

13. Information that refers or relates to subscriber and registration information;

14. Information that refers or relates to internet history, including browser history, and app history, including app data;

15. Informaton that refers or relates to IP logs associated with the internet history and app history;

16. Google search history;

17. Google browser activity (including activity on Google Chrome);

18. Any available backup data for any electronic devices;

19. Information that refers to Google change history and change information;

20. Cellular device information, including IMEI/MEID, make and model, serial number, date and IP address of last access to Google, and a list of all accounts that have ever been active on the device;

21. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

22. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored; and

23. Any cookies-related information concerning the account.

24. Google Play purchase history and transactional records, including payment method(s) and related billing information;

25. All records pertaining to communications between the Provider and any person

regarding the account, including contacts with support services and records of actions taken;

26. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored;

27. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

28. Location history

Pursuant to the warrant, Google LLC shall disclose responsive data by sending it to the Federal Bureau of Investigation, or making the data available to the Federal Bureau of Investigation via Google LLC's electronic portal within **14 days** of the issuance of this warrant.



3

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of offenses involving providing, conspiring, or attempting to provide material support and resources to a foreign-terrorist organization, in violation of 18 U.S.C. § 2339B, involving the user of the account, and occurring from January 1, 2018, to the present, for each account or identifier listed on Attachment A, information referring, relating, or pertaining to the following:

a. Email, text, and other messages, photos, videos, contacts and contact lists, addresses and address books, voicemail messages, location data, calendar, applications and application data, settings, location data, web-search history, YouTube search history, YouTube comments, and other related social-media platforms;

b. Any photographs, videos, or other information referring or relating to firearms, or other weapons;

c. Any communications, or other information, referring or relating to firearms, or other weapons;

d. Any information referring, or relating, to ISIS, other terms associated with ISIS, or any other foreign terrorist organizations;

e. Any information referring, or relating, to the provision, or attempted provision, of material support or resources to ISIS, or any other foreign terrorist organizations;

f. Any information referring, or relating, to travel, including travel plans, itineraries, reservations, bookings, tickets, and the means and sources of payment for travel;

g. Any information referring, or relating, to plans to commit a terrorist attack, or to fight with ISIS, or any other foreign terrorist organizations, including, without limitation, funding, materials, maps, disguises, aliases, weapons, or other materials that may assist with an attack;

h. Any information referring, or relating, to communications with others relating to ISIS, or any other foreign terrorist organizations, or potential terrorist attacks on the United States, or in other countries;

i. Any information relating to the use of YouTube, Facebook, WhatsApp, and other forms of social media, use of the internet, and communication methods, including

4

    private messaging, where such information refers or relates in anyway to ISIS, or any other foreign terrorist organizations;

j. Any information referring, or relating, to videos or other content created, publicly posted, or viewed on the internet where such content concerns ISIS, or any other foreign terrorist organizations;

k. Communications and any other information involving, referring, or relating to potential co-conspirators, accomplices, and associates, concerning ISIS, or any other foreign terrorist organizations, or relating to providing, or attempting to provide, material support or resources for such organizations;

l. Identifying information and contact information of potential co-conspirators, accomplices, associates, and other individuals engaged, or otherwise involved, in providing, or attempting to provide, material support or resources to ISIS, or any other foreign terrorist organizations;

m. The timing of communications among potential co-conspirators, accomplices, associates, and other individuals engaged, or otherwise involved, in providing, or attempting to provide, material support or resources to ISIS, or any other foreign-terrorist organizations;

n. Any information referring, or relating to, the methods and techniques used in providing, or attempting to provide, material support or resources to a foreign-terrorist organization;

o. The distribution of videos and photographs referring, or relating to, the work, accomplishments, or propaganda of a foreign-terrorist organization;

p. Any information referring, or relating to, the recruitment of fighters, supporters, and financial support for a foreign-terrorist organization.

q. Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

r. Any information indicating the account user's state of mind as it relates to the provision, or attempted provision, of material support or resources to ISIS, or other foreign terrorist organizations;

s. Any information relating to Internet Protocol addresses used;

t. Any information and records relating to Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

5

u.  The identity of the person(s) who created, used, or deleted the email account, including information that would help reveal the whereabouts of such person;

v.  The identity of any person(s) who communicated with the email account about matters relating to foreign-terrorist organizations, and any records related to the whereabouts of such persons;

w.  Any information and records indicating that data has been deleted by the account owner, potentially to hide evidence of a crime; and

x.  Any information relating to account history (including Terms of Service and any complaints) and billing records (including date, time, duration, and screen names used each time the accounts were activated).

y.  Evidence of user attribution showing who used, or owned, the account at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

6