AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

|  | Return |  |
|---|---|---|
| Case No.: 263 (KAD) 3:19-mj-1496 (SALM) | Date and time warrant executed: 11/3/2019, 11:44 AM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A |||
| Inventory of the property taken and name of any person(s) seized: |||

N/A

DEC 4 2019 PM1:17
FILED-USDC-CT-NEW HAVEN

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/3/2019

*Executing officer's signature*

Samuel D. Wharton, Special Agent, FBI
*Printed name and title*