Criminal Std (6/13/2012)

HONORABLE: Kari A. Dooley
DEPUTY CLERK: Kristen Gould   RPTR/ECRO/TAPE: Tracy Gow
USPO: _____   INTERPRETER: _____
TOTAL TIME: ___ hours 16 minutes
DATE: 12/19/2019   START TIME: 9:25am   END TIME: 9:41am

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG

CRIMINAL NO. 3:19-cr-00263-KAD-1   DEFT # _____

**UNITED STATES OF AMERICA**
vs
Kevin Iman McCormick

Douglas P. Morabito
AUSA

Allison Murray Near
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ CJA 23 Financial Affidavit filed ☐ under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☐ Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ Appearance of _____ filed
- ☐ ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due _____; Government responses due _____
- ☐ Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at _____
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ Special Assessment of $_____ on count(s) _____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of _____
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ Defendant detained
- ☐ _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

**ADDITIONAL PROCEEDINGS**

☒ 69 ... Deft's oral motion  to continue jury selection*                    ☒ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____                          ☐ granted ☐ denied ☐ advisement
☒ 68 ... Govt's oral motion  to unseal all affidavits and warrants          ☒ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____                 ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____                 ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                             ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                             ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                             ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                             ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                             ☐ filed ☐ granted ☐ denied ☐ advisement

Notes:

Jury selection is continued to May 5, 2020 at 9:30am for the reasons stated on the record. A separate scheduling order shall enter. The deadline for disclosures under Classified Information Procedures Act ("CIPA") section 4 is April 1, 2020.