#### UNITED STATES DISTRICT COURT
#### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:19CR263 (KAD)** |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **KEVIN MCCORMICK** | : | **May 21, 2020** |

      The United States of America, having applied for the appointment of a Classified Information Security Officer and alternates pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States Supreme Court, it is hereby ORDERED AND DECREED that the application is GRANTED.

      It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, that the Court designates Harry J. Rucker as the Classified Information Security Officer in this case.

      It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Rucker is not available: Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, and W. Scooter Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

Dated this 22nd day of May 2020, at Bridgeport, Connecticut.

                                                 /s/ Kari A. Dooley
                                                 KARI A. DOOLEY
                                                 United States District Court Judge