UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | NO. 3:19-CR-263 (KAD) |
| KEVIN MCCORMICK | : | June 2, 2020 |

CONSENT MOTION TO CONTINUE JURY SELECTION AND TO EXTEND RELEVANT DEADLINES

Counsel for the defendant, Kevin McCormick, hereby moves to continue jury selection and other Court set deadlines in this matter. In support of this motion, counsel states as follows:

1. On October 21, 2019, Mr. McCormick was arrested on a complaint charging him with one count of attempting to provide material support and resources to a foreign terrorist organization in violation of 18 U.S.C. § 2339B. On October 30, 2019, a Grand Jury returned an indictment charging the same offense. Mr. McCormick entered a not guilty plea on November 4, 2019.

2. On March 31, 2020, undersigned counsel filed a Motion for Competency Hearing, which was granted by this Court on April 1, 2020. *See* ECF No. 78. On that date, the Court also set a deadline for the competency evaluation to be filed by June 1, 2020. *Id.*

3. Counsel has been in consultation with Dr. Minhas, who was appointed by this Court to conduct the evaluation. Although his preference was to conduct the evaluation in person, the current health crisis precludes Dr. Minhas from visiting Mr. McCormick at Garner Correctional Institute, where he is detained. Counsel is in the process of arranging for a video conference so that Dr. Minhas may conduct the evaluation remotely. Accordingly, counsel respectfully asks the Court to extend the deadline for the competency evaluation to July 15, 2020, to account for any delays in setting up video

conferences between Dr. Minhas and Mr. McCormick so that Dr. Minhas may complete his evaluation.

4. Jury selection is presently scheduled for August 17, 2020.  Accordingly, counsel also asks the Court to postpone jury selection pursuant to 18 U.S.C. § 3161(h)(1)(A), which provides that when computing the time within which a trial must commence, the Court may exclude any "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant."

5. This request for a continuance also accounts for the Court's recent order directing that all jury trials should be postponed until after September 1, 2020 due to the COVID-19 pandemic.  Accordingly, counsel also seeks to postpone all related deadlines, including the Government's deadline for its motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA").

6. Counsel for the Government, Assistant United States Attorney Doug Morabito, consents to this request for a continuance.

WHEREFORE, counsel respectfully requests that the Court extend the deadline for filing the competency evaluation to July 15, 2020, *nunc pro tunc*, and that the Court continue jury selection to a date after September 1, 2020.  In addition, counsel respectfully requests that all relevant deadlines, including the Government's CIPA motion deadline and the substantive motions deadlines, be adjusted accordingly.

Respectfully Submitted,

THE DEFENDANT,
Kevin McCormick

FEDERAL DEFENDER OFFICE

Date: June 02, 2020	/s/ Allison M. Near
Allison M. Near
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27241
Email: allison_near@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 02, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near