UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | NO. 3:19-CR-263 (KAD) |
| KEVIN MCCORMICK | : | July 15, 2020 |

CONSENT MOTION TO CONTINUE JURY SELECTION AND TO EXTEND RELEVANT DEADLINES

Counsel for the defendant, Kevin McCormick, hereby moves to continue jury selection and other Court set deadlines in this matter.  In support of this motion, counsel states as follows:

1.  On October 21, 2019, Mr. McCormick was arrested on a complaint charging him with one count of attempting to provide material support and resources to a foreign terrorist organization in violation of 18 U.S.C. § 2339B.  On October 30, 2019, a Grand Jury returned an indictment charging the same offense.  Mr. McCormick entered a not guilty plea on November 4, 2019.

2.  On March 31, 2020, undersigned counsel filed a Motion for Competency Hearing, which was granted by this Court on April 1, 2020.  *See* ECF No. 78.  On that date, the Court also set a deadline for the competency evaluation to be filed by June 1, 2020.  *Id.*  After motion by the defendant, the deadline was extended to July 14, 2020.  *See* ECF No. 85.

3.  There have continued to be delays in scheduling Mr. McCormick's evaluation, but after working with the Department of Corrections, Dr. Minhas has been able to schedule a telehealth conference for July 24, 2020 to conduct the evaluation.  Dr. Minhas anticipates that he will need at least one, if not two, opportunities to interview Mr. McCormick, and subsequently will require time to write his report.  Accordingly, counsel respectfully asks the Court to extend the deadline for the competency evaluation to August 30, 2020, to

account for the time needed to conduct the evaluation and write the report.

4.  Jury selection is presently scheduled for October 6, 2020.  Accordingly, counsel also asks the Court to postpone jury selection pursuant to 18 U.S.C. § 3161(h)(1)(A), which provides that when computing the time within which a trial must commence, the Court may exclude any "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant."

5.  This request for a continuance also accounts for the Court's recent order directing that all jury trials should be postponed until after November 2, 2020 due to the COVID-19 pandemic.  Accordingly, counsel also seeks to postpone all related deadlines, including the Government's deadline for its motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA").

6.  Counsel for the Government, Assistant United States Attorney Doug Morabito, consents to this request for a continuance.

WHEREFORE, counsel respectfully requests that the Court extend the deadline for filing the competency evaluation to August 30, 2020, *nunc pro tunc*, and that the Court continue jury selection to a date after November 2, 2020.  In addition, counsel respectfully requests that all relevant deadlines, including the Government's CIPA motion deadline and the substantive motions deadlines, be adjusted accordingly.

Respectfully Submitted,


THE DEFENDANT,
Kevin McCormick

FEDERAL DEFENDER OFFICE


Date: July 15, 2020                      /s/ Allison M. Near
                                         Allison M. Near
                                         Assistant Federal Defender
                                         265 Church Street, Suite 702
                                         New Haven, CT 06510
                                         Phone: (203) 498-4200
                                         Bar No.: ct27241
                                         Email: allison_near@fd.org




## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near