UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | NO. 3:19-CR-263 (KAD) |
| KEVIN MCCORMICK : | May 9, 2021 |

MOTION TO CONTINUE COMPETENCY HEARING

Counsel for the defendant, Kevin McCormick, hereby moves to continue the competency hearing scheduled for May 11, 2021 at 10:00 a.m. The Government has no objection to this motion.

On October 14, 2020, after a hearing, this Court entered an order pursuant to 18 U.S.C. § 4241(d), that Mr. McCormick be "committed to the custody of the Attorney General to receive necessary and appropriate treatment for his mental illness, and for the Bureau of Prisons to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the proceedings to go forward." ECF No. 100. The term of commitment was "not to exceed four months." *Id.*

Mr. McCormick is currently detained at FMC Butner in North Carolina where he has been undergoing treatment and evaluation pursuant to this Court's order. One of Mr. McCormick's evaluators recently contacted undersigned counsel and the Government to advise that Mr. McCormick is not expected to attain competency by May 19, 2021, which was the date by which the evaluators originally expected to complete the evaluation. The evaluators expect they will ask the Court for an additional period of restoration.

Undersigned counsel is attempting to schedule a phone conference with the evaluator to get a better sense of Mr. McCormick's status. The chief evaluator was on leave and only recently returned to work. Accordingly, undersigned counsel respectfully requests that the Court mark off the

competency hearing scheduled for May 11, 20201.  Once counsel has had an opportunity to consult with the evaluation team at FMC Butner and the Government, she will provide a status report to the Court and propose a new timeframe for a hearing.

     WHEREFORE, counsel respectfully requests that the Court mark off the competency hearing scheduled for May 11, 2021, and reschedule the hearing once counsel is able to obtain additional information about Mr. McCormick' status.

Respectfully Submitted,

THE DEFENDANT,
Kevin McCormick

FEDERAL DEFENDER OFFICE

Date: May 09, 2021

/s/ Allison M. Near
Allison M. Near
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27241
Email: allison_near@fd.org

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 09, 2021, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near