UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:19-CR-263 (KAD) |
| vs. | : | |
| KEVIN MCCORMICK | : | June 1, 2021 |

## ORDER REGARDING DEFENDANT'S TREATMENT AND RESTORATION TO COMPETENCY

On October 30, 2019, defendant Kevin McCormick was indicted and charged with one count of attempting to provide material support and resources to a foreign terrorist organization in violation of 18 U.S.C. § 2339B.

Upon motion of defense counsel, on April 1, 2020, the Court ordered that the defendant undergo a competency evaluation by Dr. Hassan M. Minhas. Dr. Minhas presented his report and conclusions to the Court on September 28, 2020. On October 14, 2020, following a competency hearing convened pursuant to 18 U.S.C. § 4241(c), the Court determined that the defendant was "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense[.]" 18 U.S.C. § 4241(d). Accordingly, the defendant was committed to the custody of the Attorney General, for a period not to exceed four months, to receive necessary and appropriate treatment for his mental illness and for the Bureau of Prisons to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the proceedings to go forward.

The defendant was received into the custody of the Attorney General for these purposes on January 20, 2021. On May 25, 2021, the Court received the forensic evaluation report from the Bureau of Prisons facility in Butner, North Carolina, in which the defendant's treating

clinicians opine that the defendant remains not competent. The clinicians further opine that "with ongoing restoration efforts, there is substantial probability [the defendant] will be restored to competency in the foreseeable future," and they request an additional 120 day period within which to treat and attempt to restore the defendant to competence.

Neither the Government nor defense counsel have any information contrary to that contained in the report or reason to question the clinicians' opinions. The report is marked as a sealed Court Exhibit. The Court accepts the opinions of the treating clinicians and finds that there is a substantial probability that within 120 days the defendant will attain the capacity to permit the proceedings to forward. *See* 18 US.C. § 4241(d)(2)(A).

Accordingly, the defendant shall remain in the custody of the Attorney General for an additional reasonable period of time so that he can receive such treatment as may be necessary and appropriate for his mental illness and so that the Bureau of Prisons can restore the defendant to competency. The additional period of time shall not exceed 120 days and shall terminate if the defendant is restored to competency at an earlier date.

It is so ordered.

Dated at Bridgeport, Connecticut this 1st day of June 2021.

__/S/_____
Kari A. Dooley, U.S.D.J.