UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:19-CR-263 (KAD) |
| KEVIN MCCORMICK | July 1, 2021 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

     Undersigned counsel, Allison Near, moves, pursuant to Local Rule of Civil Procedure 7(e), as incorporated by Local Rule of Criminal Procedure 1(c), to withdraw her appearance in this case as she is leaving the Office of the Federal Defender. Assistant Federal Public Defender Charles Willson has already entered an appearance in this case. Mr. McCormick has received notice that undersigned counsel is withdrawing from representation and that Attorney Willson will be handling all matters going forward.

Respectfully submitted,

THE DEFENDANT,
Kevin McCormick

FEDERAL DEFENDER OFFICE

Date: July 01, 2021

/s/ Allison M. Near
Assistant Federal Defender
265 Church Street, 7th FL
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27241
Email: allison_near@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 01, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Allison M. Near
    Allison M. Near