

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P. O. Box 1600
Butner, North Carolina 27509

October 4, 2021

Clerk of Court
Brien McMahon Federal Building
U.S. Courthouse
915 Lafayette Boulevard, Suite 266
Bridgeport, Connecticut 06604

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
1/27/2022
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

RE: MCCORMICK, Kevin
Register Number: 26568-014
Docket Number: 3:19-cr-00263-KAD
Dear Clerk of Court:

    Please find enclosed a Certificate of Restoration of Competency to Stand Trial on the above-referenced individual.

    Mr. McCormick was committed to FMC Butner under the provisions of Section 4241(d), for continued hospitalization and treatment in an effort to restore his competency to stand trial.

    Mr. McCormick is now competent to stand trial and our report reflecting this opinion will be forwarded to the Honorable Kari A. Dooley, on this date.

    We are forwarding this Certificate to your office for filing, pursuant to Title 18, United States Code, Section 4241(e). Thank you for your assistance in this matter.

Respectfully,

T. Scarantino, Complex Warden

cc:    The Honorable Kari A. Dooley
       Douglas P. Morabito/Justin T. Sher, Assistant United States Attorney
       Charles F. Willson, Defense Attorney

## CERTIFICATE OF RESTORATION OF COMPETENCY
## TO STAND TRIAL

This is to certify that Kevin McCormick, Register Number 26568-014, is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense. This certification is made and filed with the Clerk of the Court pursuant to Title 18, United States Code, Section 4241(e).

In accordance with Section 4241(e), the Clerk of the Court should mail a copy of this certificate to the defendant's counsel and to the attorney for the Government.

_____
T. Scarantino, Complex Warden

Subscribed and sworn before me this __4th__ day of __October__, 2021.

_____
Notary Public

My Commission Expires __4-7-26__

STACEY BURROUGHS
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires __4-7-26__