UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | NO. 3:19CR263(KAD) |
| v. | |
| KEVIN IMAN McCORMICK | November 14, 2022 |

CONSENT MOTION CONCERNING FILING DATE

In view of the current representation made to the Court about scheduling a proceeding that impacts the current Scheduling Order (doc. no. 148), the United States Government respectfully submits this consent motion. The current Scheduling Order directs the Government to file its motion under Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, on or before December 1, 2022 (doc. no 152). The parties request that the CIPA Section 4 filing date be suspended subject to rescheduling if necessary. Granting this motion will likely conserve limited Government resources that will be expended in making the CIPA Section 4 filing.

Counsel for the defendant has been contacted concerning this motion and he does not object to the Court granting it.

For the foregoing reason, the Government respectfully requests that the Court grant this motion.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT03192
157 Church Street, 25th Floor
New Haven, Connecticut  06510
(203) 821-3742
peter.jongbloed@usdoj.gov

CERTIFICATE OF SERVICE

      This is to certify that on November 14, 2022, a copy of foregoing Government's Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY