# CRIMINAL CALENDAR

**The following CRIMINAL CASE will be presented by the United States of America, in the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, before the Honorable Kari A. Dooley, United States District Judge, on Thursday, January 12, 2023, at 1:00 p.m.**

AUSA Peter S. Jongbloed
Change of Plea

| | |
|---|---|
| UNITED STATES | Docket No.  3:19CR263 (KAD) |
| v. | COUNT ONE:<br>18 U.S.C. § 2339B(a)(1) (Attempting to Provide Material Support and Resources to Designated Foreign Terrorist Organization) |
| <u>KEVIN IMAN MCCORMICK</u><br>Charles F. Willson, Esq.<br>Assistant Federal Defender | MAXIMUM PENALTIES:<br>Imprisonment: 20 Years<br>Fine: $250,000<br>Supervised Release: Life<br>Special Assessment: $100<br>Forfeiture |

TO:   Honorable Kari A. Dooley, United States District Judge

cc:   U.S. Attorney's Office
      Clerk's Office – Bridgeport
      U.S. Marshals Service – Bridgeport
      U.S. Probation Office – Bridgeport
      SA Christopher Ward – *via email*
      Charles F. Willson, Esq. – *via email*