# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : NO. 3:19-CR-263 (KAD) |
| KEVIN MCCORMICK | : December 6, 2023 |

## DEFENDANT'S MOTION TO EXTEND MEMORANDUM DEADLINE

Defendant requests that the Court extend the deadline for Defendant's sentencing memorandum to December 11, 2023. Counsel is awaiting final reports of evaluations conducted by the Yale Law & Psychiatry Division, Drs. Maya Prabhu and Madelon Baranoski. Mr. McCormick has undergone an extensive evaluation, including psychological testing. The evaluation will significantly impact the Court's analysis under 18 U.S.C. § 3553(a), including warranting the departure anticipated by the parties in the plea agreement concerning Dr. McCormick's mental health. Counsel requests this extension so that the reports can be addressed within the sentencing memorandum. If they are not received by Monday, counsel will file the memorandum and then provide the reports as soon as they are finalized.

The Government has no objection to the requested extension.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadline for Defendant's memorandum to December 11, 2023.

Respectfully submitted,
KEVIN McCORMICK

/s/Charles F. Willson/s/_____
By Charles F. Willson (# ct24129)
FEDERAL PUBLIC DEFENDER'S OFFICE
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel:   (860) 493-6260
Fax:   (860) 493-6269
email: Charles_Willson@fd.org

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 06, 2023, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/Charles F. Willson/s/_____
        By Charles F. Willson